IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANGELA WITHERS,<br>36 Florida Avenue, N.W.<br>Washington, D.C. 20001<br><br>    Plaintiff,<br><br>v.<br><br>57th STREET MEWS, INC.<br>3202 Shortridge Lane<br>Mitchellville, Maryland 20721<br><br>  SERVE REGISTERED AGENT:<br>  HENRY PAUL<br>  625 Morris Road, S.E., #15<br>  Washington, D.C. 20020<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL

Defendant 57th Street Mews, Inc. ("Defendant"), by counsel, hereby removes the above matter to the United States District Court for the District of Columbia, in support of which, Defendant states as follows:

1. This action was filed in the Superior Court for the District of Columbia on June 20, 2008. Defendant was served with a copy of the Complaint on or about June 25, 2008. This Notice of Removal is filed on July 16, 2008, and is therefore timely pursuant to 28 U.S.C. § 1446(b).

2. The Court also has jurisdiction pursuant to 28 U.S.C. § 1332 (Diversity of Citizenship), in that there is diversity of citizenship between the plaintiff and Defendant. The amount in controversy exceeds $75,000.00, as Defendant paid $200,000.00 for the property at issue in May 2007.

3. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders filed in the Superior Court for the District of Columbia are attached hereto as **Exhibit A**.

4. After filing this Notice of Removal, Defendant shall this day file with the Clerk of the Superior Court for the District of Columbia a copy of the Notice of Filing of Notice of Removal and give prompt written notice thereof by service to all other parties. See 28 U.S.C. § 1446(d).

WHEREFORE, 57th Street Mews, Inc., in accord with the requirements set forth in 28 U.S.C. § 1446, removes this action to the United States District Court for the District of Columbia.

Respectfully submitted,

Dated: July 16, 2008

Amy S. Owen (Bar #411601)
aowen@cochranowen.com
Kimberly L. Cole (Bar #495147)
kcole@cochranowen.com
COCHRAN & OWEN, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, Virginia 22182
(703) 847-4480 (telephone)
(703) 847-4499 (facsimile)

*Counsel for 57th Street Mews, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Notice of Removal was sent, this 16th day of July, 2008 via first class mail, postage prepaid, to the following:

>Sean Riley
>400 5th Street, N.W., #300
>Washington, D.C. 20001
>Phone: (202) 669-2771
>*Counsel for Plaintiff*

*/s/ Amy S. Owen*
Amy S. Owen



```
2008 CA 004521 R(RP)      WITHERS, ANGELA R   Vs.   57T STREET MEWS, INC.,      RLB
```

Search Criteria
Docket Entry
Images      All Dockets                              Begin Date                SortDescending
Participant                                          End Date
Display OptionExclude Non Display Dockets

Search Results

| Docket Date | Reference | Description | Amt Owed/ Amt Dism/Credit | Amount Due |
|---|---|---|---|---|
| 6/23/2008 | | Issue Date: 06/23/2008<br>Service: Summons Issued<br>Method: Service Issued<br>Cost Per: $<br><br>57T STREET MEWS, INC.,<br>3203 Shortridge Lane<br>MITCHELLVILLE, MD   20721<br>Tracking No: 5000049584 | | |
| 6/20/2008 | | Event Scheduled<br>Event: Initial Scheduling Conference-60<br>Date: 09/19/2008   Time: 9:30 am<br>Judge: BECK, RONNA L   Location: Courtroom 518 | | |
| 6/20/2008 | | Complaint for Real Property Filed   Receipt: 107370   Date: 06/20/2008 | | 120.00 |



EXHIBIT A

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

ANGELA R. WITHERS                   :
36 Florida Avenue, NW               :
Washington, DC 20001                :
                                    :
            Plaintiff,              :
                                    :
    v.                              :
                                    :
57th STREET MEWS, INC.              :
3203 Shortridge Lane                :   No.
Mitchellville, MD 20721             :
                                    :
            Defendant.              :
                                    :
SERVE REGISTERED AGENT:             :
                                    :
    Henry Paul                      :
    625 Morris Road, SE, #15        :
    Washington, DC 20020            :

<u>COMPLAINT</u>
(ACTION INVOLVING REAL PROPERTY)

  Plaintiff, Angela R. Withers, brings this action to perfect title in real property which has vested in her by adverse possession. In support of her claim, Plaintiff states as follows:

  1. Jurisdiction in this Court is based upon D.C. Code § 16-3301 and § 12-301(1).

  2. On July 2, 1984, Plaintiff acquired title to vacant land located at the northeast corner of 6th and N Streets, NW, bordered by the 1300 block of 6th Street, NW and the 500 block of N Street, NW. The lot is described as lot 0803 in square 0480.

  3. Within a year of this acquisition, Plaintiff erected a seven foot high, chain-link, topped with barbed wire fence



enclosing the property. At the time, it was her intention to exclude anyone from coming onto the land for any reason. Entrance could only be gained through a gate which was kept chained and locked. Unbeknownst to her, the fence also enclosed an adjacent, vacant and abandoned lot, which she thought was part of the parcel she purchased. This land is located at 515 N Street, NW, and described as lot 0802 in square 0480. During the next 23 years, Plaintiff was in sole and exclusive possession of both lots, always thinking both were owned by her. Throughout that time, she maintained the land, made improvements to it, occasionally allowed others to use it (for gardens and parking) and otherwise treated it as her own. To the date of this filing, no one has made any attempt to disturb her exclusive possession.

WHEREFORE, Plaintiff, Angela R. Withers, requests a decree from this Court declaring her title by adverse possession to lot 0802 in square 0480.

June 13, 2008
Date

Angela R. Withers

By: _____
Sean Riley, Bar No. 975009
400 5th St., NW, #300
Washington, D.C. 20001
(202) 669-2771
AttorneyRiley@earthlink.net

2

CA Form 1

# Superior Court of the District of Columbia
### CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001   Telephone: 879-1133

Awcek Withers
_Plaintiff_

vs.

Civil Action No. _____

57th Street mews, Inc
_Defendant_

### SUMMONS

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_Clerk of the Court_

Sean M. Riley
Name of Plaintiff's Attorney

400 5th Street N.W. #300
Address

Wash DC 20001

202-669-2771
Telephone

By _____
Deputy Clerk

Date 06-20-08

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

CV(6)-456/May 03

CA Form 1

# Superior Court of the District of Columbia
## CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001  Telephone: 879-1133

Angela Withers

*Plaintiff*

vs.

57th Street Mews, Inc.

*Defendant*

Registered Agent, Henry Paul

Civil Action No. _____

**SUMMONS**

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

Sean M. Riley
Name of Plaintiff's Attorney

400 5th St, NW #300
Address
Wash DC 20001

202-669-2771
Telephone

By _____
     Deputy Clerk

Date 06-20-08

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

CV(6)-456/May 03

# Superior Court of the District of Columbia

CIVIL DIVISION - CIVIL ACTIONS BRANCH

INFORMATION SHEET

Angela Withers

vs

57th Street Mews Inc.

Case Number: _____

Date: 6/20/08

| | |
|---|---|
| Name: (please print) Sean M. Riley, Esq.<br>Firm Name: _____<br>Telephone No.: 202-669-2771   Six digit Unified Bar No.: 975009 | Relationship to Lawsuit<br>☒ Attorney for Plaintiff<br>☐ Self (Pro Se)<br>Other: _____ |

TYPE OF CASE:   ☒ Non-Jury   ☐ 6 Person Jury   ☐ 12 Person Jury
Demand:$ _____   Other: ACTION FOR REAL PROPERTY

PENDING CASE(S) RELATED TO THE ACTION BEING FILED
Case No.: _____ Judge: _____ Calendar #: _____
Case No.: _____ Judge: _____ Calendar #: _____

---

**NATURE OF SUIT:** *(Check One Box Only)*

**A. CONTRACTS**
☐ 01 Breach of Contract          ☐ 07 Personal Property       **COLLECTION CASES**
☐ 02 Breach of Warranty          ☒ 09 Real Property-Real Estate   ☐ 14 Under $25,000 Pltf. Grants Consent
☐ 06 Negotiable Instrument       ☐ 12 Specific Performance    ☐ 16 Under $25,000 Consent Denied
☐ 15 _____                                                   ☐ 17 OVER $25,000

**B. PROPERTY TORTS**
☐ 01 Automobile
☐ 02 Conversion                  ☐ 03 Destruction of Private Property   ☐ 05 Trespass
☐ 07 Shoplifting, D.C. Code § 27-102(a)   ☐ 04 Property Damage           ☐ 06 Traffic Adjudication

**C. PERSONAL TORTS**
☐ 01 Abuse of Process            ☐ 09 Harassment                ☐ 17 Personal Injury – (Not Automobile, Not Malpractice)
☐ 02 Alienation of Affection     ☐ 10 Invasion of Privacy       ☐ 18 Wrongful Death (Not malpractice)
☐ 03 Assault and Battery         ☐ 11 Libel and Slander         ☐ 19 Wrongful Eviction
☐ 04 Automobile-Personal Injury  ☐ 12 Malicious Interference    ☐ 20 Friendly Suit
☐ 05 Deceit (Misrepresentation)  ☐ 13 Malicious Prosecution     ☐ 21 Asbestos
☐ 06 False Accusation            ☐ 14 Malpractice Legal         ☐ 22 Toxic/Mass Torts
☐ 07 False Arrest                ☐ 15 Malpractice Medical (Including wrongful death)   ☐ 23 Tobacco
☐ 08 Fraud                       ☐ 16 Negligence-(Not Automobile, Not Malpractice)     ☐ 24 Lead Paint

---

SEE REVERSE SIDE AND CHECK HERE ☐ IF USED

CV-496 May 08

## INFORMATION SHEET, Continued

| C. OTHERS<br>I.<br>☐ 01 Accounting<br>☐ 02 Att. Before Judgment<br>☐ 04 Condemnation (Emin. Domain)<br>☐ 05 Ejectment<br>☐ 07 Insurance Subrogation<br>    Under $25,000 Pltf.<br>    Grants Consent<br>☐ 08 Quite Title<br>☐ 09 Special Writ/Warrants<br>    DC Code § 11-941 | ☐ 10 T.R.O./Injunction<br>☐ 11 Writ of Replevin<br>☐ 12 Enforce Mechanics Lien<br>☐ 16 Declaratory Judgment<br>☐ 17 Merit Personnel Act (OEA)<br>    (D.C. Code Title 1, Chapter 6)<br>☐ 18 Product Liability<br>☐ 24 Application to Confirm, Modify,<br>    Vacate Arbitration Award<br>    (D.C. Code § 16-4315) | ☐ 25 Liens: Tax/Water Consent Granted<br>☐ 26 Insurance Subrogation<br>    Under $25,000 Consent Denied<br>☐ 27 Insurance/Subrogation<br>    Over $25,000<br>☐ 28 Motion to Confirm Arbitration<br>    Award (Collection Cases Only)<br>☐ 26 Merit Personnel Act (OHR)<br>☐ 30 Liens: Tax/Water Consent Denied |
| --- | --- | --- |
| II.<br>☐ 03 Change of Name<br>☐ 06 Foreign Judgment<br>☐ 13 Correction of Birth Certificate<br>☐ 14 Correction of Marriage<br>    Certificate | ☐ 15 Libel of Information<br>☐ 19 Enter Administrative Order as<br>    Judgment [D.C. Code §<br>    2-1802.03(h) or 32-1519(a)]<br>☐ 20 Master Meter (D.C. Code §<br>    42-3301, et seq.) | ☐ 21 Petition for Subpoena<br>    [Rule 28-I (b)]<br>☐ 22 Release Mechanics Lien<br>☐ 23 Rule 27 (a)(1)<br>    (Perpetuate Testimony) |

_[signature]_               6/20/08
Attorney's Signature           Date

CV-496/May 02



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

ANGELA R WITHERS
Vs.
57T STREET MEWS, INC.,

C.A. No.    2008 CA 004521 R(RP)

## **INITIAL ORDER AND ADDENDUM**

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

Chief Judge Rufus G. King, III

Case Assigned to: Judge RONNA L BECK
Date:  June 20, 2008
Initial Conference: 9:30 am, Friday, September 19, 2008
Location:  Courtroom 518
           500 Indiana Avenue N.W.
           WASHINGTON, DC  20001

Caio.doc

# AD[DE]NDUM TO INITIAL ORDER AFF[EC]TING ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www.dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 105, 515 5th Street, N.W. (enter at Police Memorial Plaza entrance). Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code § 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Clerk's Office. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Rufus G. King, III

Caio.doc

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| ANGELA R. WITHERS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>57th STREET MEWS, INC., )<br>)<br>Defendant. )<br>_____ ) | Civil Action No.: 08ca004521 R(RP)<br>Judge Ronna L. Beck<br>Next Event: Initial Scheduling Conference<br>September 19, 2008 |

### ANSWER OF 57th STREET MEWS, INC.

Defendant 57th Street Mews, Inc. ("Defendant"), by counsel, responds to Plaintiff's Complaint as follows:

### FIRST DEFENSE

The Complaint fails to state a cause of action against Defendant upon which relief may be granted.

### SECOND DEFENSE

Plaintiff's claim is barred in whole or in part by waiver, laches, and/or estoppel.

### THIRD DEFENSE

Defendant is a bona fide purchaser of the property.

### FOURTH DEFENSE

The property is vacant.

### FIFTH DEFENSE

Defendant has paid taxes on the Property.

### SIXTH DEFENSE

Defendant has provided maintenance for the Property.

### SEVENTH DEFENSE

In response to the numbered paragraphs of the Complaint, Defendant answers as follows:

## INTRODUCTION

1. The allegations in paragraph 1 of the Complaint state a legal conclusion which requires no response. To the extent a response is required, the allegations are denied.

2. Defendant lacks sufficient knowledge and information to admit or deny the allegations in paragraph 2 of the Complaint and therefore denies the allegations.

3. Defendant admits that a fence is erected enclosing the property. Defendant denies the remaining allegations in paragraph 3 of the Complaint.

4. Defendant denies that Plaintiff is entitled to any relief requested against Defendant.

5. Defendant denies every allegation it has not specifically admitted or otherwise qualified.

WHEREFORE, Defendant 57th Street Mews, Inc. requests that the Court dismiss this action with prejudice and award 57th Street Mews, Inc. its attorneys' fees, costs, expenses and such other relief as the Court deems appropriate.

Respectfully submitted,

Dated: July 14, 2008

/s/
Amy S. Owen (DC Bar No. 411601)
Kimberly L. Cole (DC Bar No. 495147)
COCHRAN & OWEN, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, Virginia 22182
(703) 847-4480 (telephone)
(703) 847-4499 (facsimile)

*Counsel for 57th Street Mews, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of Answer of 57th Street Mews, Inc. was sent, this 14th day of July, 2008 via first class mail, postage prepaid, to the following:

    Sean Riley
    400 5th Street, N.W., #300
    Washington, D.C. 20001
    Phone: (202) 669-2771
    *Counsel for Plaintiff*

    /s/
    Kimberly L. Cole

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS

Angela Withers
36 Florida Avenue, NW
Washington, DC 20001

## DEFENDANTS

57th Street Mews, Inc.
3203 Shortridge Lane
Mitchellville, MD 20721

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT __Prince George's__
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Sean Riley, Esq. (Bar #975009)
400 5th Street, N.W., #300
Washington, D.C. 20001
(202) 669-2771

ATTORNEYS (IF KNOWN)

Amy S. Owen, Esq. (Bar #411601)
Kimberly L. Cole, Esq. (Bar #495147)
Cochran & Owen, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, VA 22182
(703) 847-4480

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
○ 2 U.S. Government Defendant
○ 3 Federal Question (U.S. Government Not a Party)
⊙ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ⊙ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ⊙ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ○ A. Antitrust
☐ 410 Antitrust

### ○ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other) OR ○ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☒ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
○ 1 Original Proceeding  ● 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi district Litigation  ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 U.S.C. § 1332 - Adverse possession claim

**VII. REQUESTED IN COMPLAINT**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23  DEMAND $ _____  JURY DEMAND: YES ☐  NO ☒  Check YES only if demanded in complaint

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  YES ☐  NO ☒  If yes, please complete related case form.

DATE 7/16/2008  SIGNATURE OF ATTORNEY OF RECORD *Amy S. Olcen*

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Angela Withers
Plaintiff

v.                                       Civil Action No. 1:08-CV-1217 (RJL)

57th Street Mews, Inc
Defendant

The above entitled action, removed from the Superior Court for the District of Columbia, has been filed and assigned to Judge Richard J. Leon. All counsel and/or pro se litigants must include on any subsequent pleadings both the civil action number and the initials of the judge assigned to this action. (See preceding sentence for judge's initials).

Pursuant to Local Rule 83.2(a)(b), an attorney must be a member in good standing of the bar of this Court to appear, file papers or practice. To assist the Clerk's Office in properly recording all counsel of record, counsel for all parties must enter their appearance in accordance with our Local Rule 83.6(a). Timely compliance with this requirement will enable the Clerk's Office to ensure prompt delivery of notices and orders.

Finally, your attention is called to Local Rule 16.3, Duty to Confer. This rule clearly spells out the duty of counsel, as well as pro se litigants, to confer and report back to the Court on a wide range of questions.

NANCY MAYER-WHITTINGTON, CLERK

By _____
Deputy Clerk

cc: Sean Riley, Esq.

929A
Rev. 7/02