IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANGELA WITHERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. _____ |
| ) | |
| 57th STREET MEWS, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**FINANCIAL INTEREST DISCLOSURE**

Pursuant to Local Rule 7.1 of the U.S. District Court for the District of Columbia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for the Defendant 57th Street Mews, Inc., hereby certifies that 57th Street Mews, Inc., a property development and real estate investment corporation organized under the laws of the United States, is a privately held corporation, and further states that is not a publicly traded corporation with outstanding securities in the hands of the public.

Respectfully submitted,

Dated: July 16, 2008

*Amy S. Owen* (signature)
Amy S. Owen (Bar #411601)
aowen@cochranowen.com
Kimberly L. Cole (Bar #495147)
kcole@cochranowen.com
COCHRAN & OWEN, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, Virginia 22182
(703) 847-4480 (telephone)
(703) 847-4499 (facsimile)

*Counsel for 57th Street Mews, Inc.*