IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANGELA WITHERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:08-CV-1217-RJL |
| ) | |
| 57th STREET MEWS, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

## AGREED ORDER

Upon the agreement of counsel, and the record in this case, it is hereby

ORDERED, that this action is remanded to the Superior Court for the District of Columbia.

Date: _____          _____
                                United States District Court Judge

WE ASK FOR THIS:

__/s/ Christopher G. Hoge__          __/s/ Amy S. Owen__
Christopher G. Hoge (203257)         Amy S. Owen (411601)
chfcgh@aol.com                       aowen@cochranowen.com
CROWLEY, HOGE & FEIN, P.C.           Kimberly L. Cole (495147)
1710 Rhode Island Avenue, N.W.       kcole@cochranowen.com
7th Floor                            COCHRAN & OWEN, LLC
Washington, D.C. 20036               8000 Towers Crescent Drive
Ph: (202) 483-2900                   Suite 160
                                     Vienna, Virginia 22182
                                     Ph: (703) 847-4480

Counsel for Plaintiff                Counsel for Defendant